IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEVIE DORSEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 1:10-CV-03330-AT |
| | ) | |
| v. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the parties and jointly stipulate to the dismissal of this case. The dismissal is with prejudice.

Respectfully submitted this 27th day of February, 2013.

| Winfrey & Winfrey, P.C. | Ellis, Painter, Ratterree & Adams, LLP |
|---|---|
| s/ Reginald L. Winfrey | s/ Sarah B. Akins |
| Reginald L. Winfrey | Sarah B. Akins |
| Georgia Bar No. 770460 | Georgia Bar No. 086640 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 1510 Klondike Road, Suite 106 | P.O. Box 9946 |
| Conyers, Georgia 30094 | Savannah, GA 31412 |
| Ph.: 770-929-1400 | Ph.: 912-233-9700 |
| Email: rwinfrey@winfreylawfirm.com | Email: sakins@EPRA-Law.com |

## FONT CERTIFICATION

The undersigned counsel for Plaintiff hereby certifies that the within and foregoing was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1.

This 27TH day of February, 2013.

Respectfully submitted,

***WINFREY & WINFREY, P.C.***

/s/ Reginald L. Winfrey
Reginald L. Winfrey
Georgia Bar No. 770460

## CERTIFICATE OF SERVICE

This is to certify that on February __, 2013 the within **Consent Stipulation of Dismissal With Prejudice** has been served via the CM/ECF Notification System and by U.S. Mail upon:

Sarah B. Akins, Esq.
**Ellis, Painter, Ratterree & Adams, LLP**
P.O. Box 9946
Savannah, GA 31412
Email: sakins@EPRA-Law.com

This 27th day of February, 2013.

Respectfully submitted,

*WINFREY & WINFREY, P.C.*

/s/ Reginald L. Winfrey
Reginald L. Winfrey
Georgia Bar No. 770460

1510 Klondike Road
Suite 106
Conyers, GA 30094
(770) 929-1400